```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

FRANCES RENEE MILLER-PERRY                              PLAINTIFF

    v.                    Civil No. 07-6095

ROY BETHELL, Detective, Clark
County Jail; BRANDY HARMON,
Clark County Jail; ROBBIE PLYER,
Clark County Jail; BRIAN TRUBITT,
Public Defender; RANDY HILL, Judge,
Clark County District Court; HENRY
MORGAN, Prosecuting Attorney's Office,
Arkadelphia, Arkansas; and the CLARK
COUNTY POLICE DEPARTMENT                                DEFENDANTS

## ORDER

Now on this 2nd day of May 2008, there comes on for consideration the report and recommendation filed herein on March 12, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 13). Also before the Court are Plaintiff's supplement to her Complaint (Doc. 19) and written objections to the report and recommendation (Doc. 20).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that the claims are frivolous, fail to state claims upon which relief can be granted, and seek relief against Defendants

who are immune from suit.  *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

    IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge

**AO72A**
**(Rev. 8/82)**